IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

WINZOIR VAN DURR,

    Plaintiff,

v.                                                    CASE NO. 1:11-cv-227-MP-GRJ

TIMOTHY FRANZ GEITHNER, et al.,

    Defendants.

_____/

## ORDER

Plaintiff initiated this civil action by filing Doc. 1, a civil rights complaint form for non-prisoner *pro se* litigants. Plaintiff failed to either pay the $350.00 filing fee or file a motion for leave to proceed as a pauper. Pursuant to N.D. Fla. Loc. R. 5.1(H), "[a] civil action shall not be filed by the clerk until the fee is paid . . . unless the complaint or petition is accompanied by a motion for leave to proceed *in forma pauperis* [IFP]." Plaintiff also failed file identical service copies for each defendant.

Accordingly, it is **ORDERED:**

**1.** Plaintiff shall (1) either pay the $350.00 filing fee or move for leave to proceed as a pauper, and (2) file identical service copies for each defendant **on or before November 7, 2011**. The **Clerk** is directed to send Plaintiff a blank motion to proceed *in forma pauperis* for use by a non-prisoner.

**2.** Failure to comply with this order within the allotted time may result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 24th day of October 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge